# Exhibit 1



Linked**in**.

Domo CEO Dashboard - Ditch the spreadsheets. Run your entire business with Domo.

## Wesley Kenzie
**Cyber Security and Mobile App Developer**
Vancouver, British Columbia, Canada | Computer & Network Security

| | |
|---|---|
| Current | **Managing Director** at Securikai |
| Past | President, Founder at SoftwareBoys Professional Services Inc. |
| | Independent Software Consultant at ZiE Computer Services |
| | Senior Programmer/Technical Support Rep. at Explorer Software Group |
| | see all |
| Education | British Columbia Institute of Technology |
| | British Columbia Institute of Technology |
| | Okanagan College |
| | see all |
| Connections | 61 connections |
| Websites | Company Website |
| | proxyup project |
| | invizible project |
| Twitter | Follow @securikai |
| Public Profile | http://ca.linkedin.com/in/wkenzie |

Share | PDF | Print | Flag

## Summary

Substantial knowledge and experience in both the technical and business sides of computer software development, implementation, and support.

Graduated May 2012 from BCIT with Bachelor of Technology Degree in Computer Systems with majors in Network Security Admin and Network Security Development. Achieved GPA of 86%.

Also recently completed 2+ years of Java, C++, C, Javascript, Xcode, and Objective-C.

According to the Myers-Briggs Type Indicator I am an INTJ personality type.

Currently seeking entry-level career and contract opportunities in Information Security, mobile app development or similar.

Specialties
Technical: design, development, deployment, testing and support of C, C++, Objective-C, PHP, and ProvideX apps; 2 years training in network security best practices and app development; 2 years training in Assembler Language.

Application vertical markets: Wholesale Distribution, Heavy Equipment, Job Costing, Document Management, Time and Billing, Payroll.

Consulting: IT and IS.

## Experience

**Managing Director**
**Securikai**
Computer & Network Security industry
August 2010 – Present (1 year 11 months) | Vancouver, Canada Area

Currently doing research on Dead Letter Office email vulnerability, developing open source SSL/TLS proxy available at https://launchpad.net/proxyup, and developing search engine and iOS app for use by information security professionals and hackers.

**President, Founder**
**SoftwareBoys Professional Services Inc.**
January 2001 – May 2010 (9 years 5 months)

Provided management and consulting services to Internet web site developers. Assisted in design and development of largest (at the time) Internet web site devoted to IP Address information and services, with 500,000+ users per day and 80 million+ visits per month.

**Independent Software Consultant**



### ZiE Computer Services
March 1992 – December 2009 (17 years 10 months)

Installed, trained and customized Document Management system for 3 departments at the largest electric utility in BC. These systems were eventually replaced by a new corporate-standard and corporate-mandated FileNet installation.

Installed, trained and customized an integrated Wholesale Distribution system for largest Commercial Fishing fleet supplier in BC, along with cost-effective upgrades for Y2K and HST.

### Senior Programmer/Technical Support Rep.
**Explorer Software Group**
Privately Held; 51-200 employees; Computer Software industry
September 1999 – January 2008 (8 years 5 months)

Senior Programmer and Technical Support Rep. and the company's primary software resource for Inventory, Sales Orders, Purchase Orders, Work Orders, Service Manager, Highway Bridge Maintenance, Accounts Receivable, Flight Ticketing, Alberta Infrastructure, Utility Billing, and Garage application verticals.

Provided technical support services, custom programming and maintenance programming to Explorer Software's customers throughout Canada, United States, and around the world. Worked on a daily basis for over 8 years with MS SQL Server, Providex Business Basic, and Nomads.

### Founder/President
**Jump Software Ltd.**
January 1987 – February 1992 (5 years 2 months)

Value-Added Reseller of computer networking products and services, primarily to the SMB Manufacturing and Wholesale/Distribution market. I founded and ran the company as it's President.

### IT Consultant
**Woods Gordon (now Ernst and Young)**
September 1984 – January 1987 (2 years 5 months)

Started in the "microcomputer" market (now known as the PC market) as an Information Technology Management Consultant. Woods Gordon was the Management Consulting arm of the Clarkson Gordon Certified Accounting firm, both of which later became Ernst and Young in Canada.

### Programmer/Analyst
**Vancouver Systems Services Inc.**
February 1982 – March 1984 (2 years 2 months)

Programming, Analysis and middle-management functions in this small software company that was specializing in the SMB Construction market on the MAI/Basic Four "mini-computer" platform.

### Technical Sales Support
**Datatech Systems Ltd.**
January 1980 – June 1981 (1 year 6 months)

Worked in a Technical Support role with the Sales Department in this mostly hardware sales organization. Enjoyed the many challenges, but left for personal reasons.

### Programmer/Analyst
**Finning Tractor Ltd.**
June 1978 – January 1980 (1 year 8 months)

Was hired first in my graduating class by this top-rated employer with leading-edge IT department. Found relatively quickly that my ambitions exceeded the short term opportunities here.

## Skills & Expertise

C++ | Objective-C | Network Security | C | Software Development | Intrusion Detection | Mobile Applications | Xcode
Linux | Mac OS X | Windows | TCP/UDP | OpenSSL | Tor | Email Encryption | PHP | JavaScript | Security

## Education

### British Columbia Institute of Technology
Bachelor of Technology, Computer Systems - Network Admin and Security App. Development
2009 – 2011
including updated courses in Java, C#, C++, C, Objective-C, SQL and more

### British Columbia Institute of Technology
Diploma of Technology, Computer Systems
1976 – 1978
See http://www.scribd.com/doc/46174644/ for a copy of my diploma.
*Activities and Societies:* President of graduating class, First Class marks/grades, first graduating student of 1978 to get hired.

### Okanagan College
Diploma, General Studies

1974 – 1976

See http://www.scribd.com/doc/46175810/ for a copy of my diploma.

**Simon Fraser University**
none, General
1974 – 1974

**Prince George Senior Secondary**
Grade 12
1970 – 1972

## Additional Information

| | |
|---|---|
| Websites: | • Company Website<br>• proxyup project<br>• invizible project |
| Twitter: | Follow @securikai |
| Interests: | privacy, Internet security, software development, web site development, family, golf, skiing, fishing, kayaking, running, biking, baseball, local agriculture, community, yoga |
| Groups and Associations: | |

 Advanced Persistent Threats (APT) & Cyber Security
⊕ Join

 Angel Forum - Vancouver
⊕ Join

 Apache Cassandra Users
⊕ Join

 Appitalism Best Practices in Apps and Mobile Internet
⊕ Join

 Aurora Cyberconflict Research Group
⊕ Join

 BC Technology Industry Association (BCTIA)
⊕ Join

 British Columbia Institute of Technology Alumni Association
⊕ Join

 Business Basic Professionals
⊕ Join

 CSFI-CWD (CYBER WARFARE DIVISION)
⊕ Join

 CSFI-LPD (LAW AND POLICY DIVISION)
⊕ Join

 CYBER SECURITY Forum Initiative - CSFI
⊕ Join

 Canadian Advanced Technology Alliance (CATA)
⊕ Join

 Canadian IP Litigation
⊕ Join

 Canadian Operational Security (OPSEC) Forum
⊕ Join

 Cassandra NoSQL
⊕ Join

 Cloud Computing for Law Firms
⊕ Join

 Critical Infrastructure Protection
⊕ Join

 Cyber Security For Small Business
⊕ Join

 Cyber Warfare
⊕ Join



 Cyber counterintelligence
   ● Join

 DEFCON
   ● Join

 Fuse: Design & Culture, Brand Identity & Packaging
   ● Join

 Global OWASP Foundation
   ● Join

 ICTTF - International Cyber Threat Task Force
   ● Join

 IT Professionals in British Columbia
   ● Join

 IT Security Entrepreneurs' Forum (ITSEF)
   ● Join

 Information Security Community
   ● Join

 Information Security Network
   ● Join

  Law Firm Knowledge Management
   ● Join

  Legal IT Network
   ● Join

 Metasploit Framework Users Group
   ● Join

 Opalang
   ● Join

 Plone Developers
   ● Join

 Russian Cybercrime, Hacking and Information Warfare
   ● Join

 SR&ED, Tax & Finance Group
   ● Join

 Security Innovation Network (SINET)
   ● Join

 Security for Data Privacy and Compliance
   ● Join

 SproutCore
   ● Join

 Stuxnet Global Discussion
   ● Join

 TED: Ideas Worth Spreading
   ● Join

 The Art of e-War
   ● Join

 The Enterprise Architecture Network
   ● Join

 The Honeynet Project
   ● Join

 The Security Commons (formerly Cy's Café de Guerre)
   ● Join

 United States Computer Emergency Readiness Team
   ● Join

 Vancouver IT Professionals
   ● Join



- Vancouver Technology Network — Join
- Wireshark Users — Join
- e-LEGAL — Join
- iOS Developers — Join
- iOS Developers Group — Join

**Honors and Awards:** Member of Little League baseball team from East Trail, BC that represented Canada at the Little League World Series in Williamsport, Pennsylvia in 1967. See http://www.scribd.com/doc/46180101/ for a copy of the Sportsmanship Award I won at this tournament.

4-year University Scholarship on High School graduation in 1972.

Top Math 11 Student at Prince George Senior Secondary School in 1971.

President of Computer Systems Technology graduating class at BCIT in 1978.

**Contact Wesley for:**

- career opportunities
- new ventures
- business deals
- getting back in touch
- consulting offers
- expertise requests
- reference requests

**Send a message to Wesley Kenzie**
→ Get introduced through a connection
→ Send InMail Free

LinkedIn Corporation © 2012