# Exhibit 2

<u>Print</u> | <u>Close Window</u>

Subject: **Receipt: Test**
   From: **"Receipt" <receipt@rpost.net>**
   Date: **Mon, Jun 04, 2012 10:48 am**
     To: **Joseph.Gioconda@giocondalaw.com**
Attach: **DeliveryReceipt.xml**
         **HtmlReceipt.htm**



### REGISTERED RECEIPT™
EVIDENCE OF REGISTERED E-MAIL™ TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

**Delivery Status**

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| joseph.gioconda@giocondalaw.com | Delivered to MailBox | Relayed to mailbox smtp.secureserver.net (72.167.238.201) | 6/4/2012 3:43:36 PM (UTC) | 6/4/2012 8:43:36 AM(-700) | |

*UTC represents Coordinated Universal Time.

**Message Envelope**

| | |
|---|---|
| From: | Joseph Gioconda<Joseph.Gioconda@giocondalaw.com> |
| Subject: | Test |
| To: | <joseph.gioconda@giocondalaw.com> |
| Cc: | |
| Bcc: | |
| Network ID: | <836EB9631FA8076CD67132322D3797921D64BBA6@mailplus2.la1.rpos |
| Received: | 6/4/2012 3:43:35 PM(UTC) -420 |
| Client Code: | Test |

**Message Statistics**

| | |
|---|---|
| Message ID: | 4A5C08D52C3E0F3C0AF54EEB2A83E81A3B8E74C3 |
| Message Size: | 994 |
| Additional Notes: | None |

**Delivery Audit Trail**

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer smtp.secureserver.net (72.167.238.201)

2012-06-04 08:43:35 starting giocondolaw.com/mta1\n 2012-06-04 08:43:35 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (72.167.238.201)\n 2012-06-04 08:43:35 connected from 64.70.1.107:52546\n 2012-06-04 08:43:35 >>> 220 p3pismtp01-016.prod.phx3.secureserver.net ESMTP\n 2012-06-04 08:43:35 <<< EHLO mta1.la1.rpost.net\n 2012-06-04 08:43:35 >>> 250-p3pismtp01-016.prod.phx3.secureserver.net\n 2012-06-04 08:43:35 >>> 250-8BITMIME\n 2012-06-04 08:43:35 >>> 250 SIZE 31457280\n 2012-06-04 08:43:35 <<< MAIL FROM: <rcpt4A5C08D52C3E0F3C0AF54EEB2A83E81A3B8E74C3-1@rpost.net> BODY=7BIT\n 2012-06-04 08:43:35 >>> 250

sender <rcpt4A5C08D52C3E0F3C0AF54EEB2A83E81A3B8E74C3-1@rpost.net> ok\n 2012-06-04 08:43:35 <<< RCPT TO:
<joseph.gioconda@giocondolaw.com>\n 2012-06-04 08:43:36 >>> 250 recipient <joseph.gioconda@giocondolaw.com> ok\n
2012-06-04 08:43:36 <<< DATA\n 2012-06-04 08:43:36 >>> 354 go ahead\n 2012-06-04 08:43:36 <<< .\n 2012-06-04
08:43:36 >>> 250 ok: Message 1655269798 accepted\n 2012-06-04 08:43:36 <<< QUIT\n 2012-06-04 08:43:36 >>> 221
p3pismtp01-016.prod.phx3.secureserver.net\n 2012-06-04 08:43:36 closed smtp.secureserver.net (72.167.238.201) in=358
out=4327\n 2012-06-04 08:43:36 done giocondolaw.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

**Note:** By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost <u>Legal Notice</u> web page.

**For more information about RPost services, visit <u>www.rpost.com</u>.**                                An RPost Service

RcptVer6.0

Copyright © 2003-2012. All rights reserved.

Print | Close Window

Subject: Receipt: Test
From: "Receipt" <receipt@rpost.net>
Date: Fri, Jun 01, 2012 7:21 pm
To: joseph.gioconda@giocondalaw.com
Attach: DeliveryReceipt.xml
          HtmlReceipt.htm



**REGISTERED RECEIPT™**
EVIDENCE OF REGISTERED E-MAIL™ TRANSACTION

**This receipt contains verifiable proof of your RPost transaction.**
The holder of this receipt has proof of delivery, message and attachment content, and official time of sending and receipt.
Depending on services selected, the holder also may have proof of encrypted transmission and/or electronic signature.

**To authenticate this receipt, forward this email with its attachment to 'verify@rpost.net'**

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| info@giocondalaw.com | Delivered to MailBox | Relayed to mailbox smtp.secureserver.net (216.69.186.201) | 6/2/2012 12:20:55 AM (UTC) | 6/1/2012 5:20:55 PM(-700) | |

*UTC represents Coordinated Universal Time.

### Message Envelope

| | |
|---|---|
| From: | Joseph Gioconda<joseph.gioconda@giocondalaw.com> |
| Subject: | Test |
| To: | <info@giocondalaw.com> |
| Cc: | |
| Bcc: | |
| Network ID: | <6BC8C0D2941D73721814FEA94C29AB3312D94B5E@mailplus2.la1.rpos |
| Received: | 6/2/2012 12:20:54 AM(UTC) -420 |
| Client Code: | Test |

### Message Statistics

| | |
|---|---|
| Message ID: | D567E4B1AC4E197064EC2502FE9BBF1D50A0F306 |
| Message Size: | 983 |
| Additional Notes: | None |

### Delivery Audit Trail

From:postmaster@mta1.la1.rpost.net:Hello, this is the mail server on mta1.la1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer smtp.secureserver.net (216.69.186.201)

2012-06-01 17:20:55 starting giocondalaw.com/mta1\n 2012-06-01 17:20:55 connecting from mta1.la1.rpost.net (64.70.1.107) to smtp.secureserver.net (216.69.186.201)\n 2012-06-01 17:20:55 connected from 64.70.1.107:59384\n 2012-06-01 17:20:55 >>> 220 m1pismtp01-020.prod.mesa1.secureserver.net ESMTP\n 2012-06-01 17:20:55 <<< EHLO mta1.la1.rpost.net\n 2012-06-01 17:20:55 >>> 250-m1pismtp01-020.prod.mesa1.secureserver.net\n 2012-06-01 17:20:55 >>> 250-8BITMIME\n 2012-06-01 17:20:55 >>> 250 SIZE 31457280\n 2012-06-01 17:20:55 <<< MAIL FROM: <rcptD567E4B1AC4E197064EC2502FE9BBF1D50A0F306-1@rpost.net> BODY=7BIT\n 2012-06-01 17:20:55 >>> 250 sender

<rcptD567E4B1AC4E197064EC2502FE9BBF1D50A0F306-1@rpost.net> ok\n 2012-06-01 17:20:55 <<< RCPT TO: <info@giocondolaw.com>\n 2012-06-01 17:20:55 >>> 250 recipient <info@giocondolaw.com> ok\n 2012-06-01 17:20:55 <<< DATA\n 2012-06-01 17:20:55 >>> 354 go ahead\n 2012-06-01 17:20:55 <<< .\n 2012-06-01 17:20:55 >>> 250 ok: Message 1772764480 accepted\n 2012-06-01 17:20:55 <<< QUIT\n 2012-06-01 17:20:55 >>> 221 m1pismtp01-020.prod.mesa1.secureserver.net\n 2012-06-01 17:20:55 closed smtp.secureserver.net (216.69.186.201) in=350 out=4282\n 2012-06-01 17:20:55 done giocondolaw.com/mta1

This Registered Receipt email is verifiable proof of your Registered Email transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified with RPost. Keep this email and its attachment in place for your records. General terms and conditions are available at the RPost Legal Notice web page.

For more information about RPost services, visit www.rpost.com.                               An RPost Service

RcptVer6.0

Copyright © 2003–2012. All rights reserved.