# Exhibit 3

**Print** | **Close Window**

**Subject:** Re: Possible Legal Issue Regarding GIOCONDOLAW.COM::612868
**From:** "W. Kenzie" <wkenzie@securikai.com>
**Date:** Tue, Jun 19, 2012 11:43 am
**To:** joseph.gioconda@giocondalaw.com
**Attach:** signature.asc

Hello Mr. Gioconda. Since this is not a digitally signed email from you, I will not be opening your attachment. If you are able to re-send it with a digital signature then I will open it and read its contents.

As for starting litigation against me, I am not clear what has caused you to assume that I would not be amenable to resolving your concerns and claims. My intentions with the domain name you are concerned about are transparent and above board, as they are part of my research into an email vulnerability that I have been studying since September 2011 and which I have been publicly discussing on my web site at https://securikai.com. I am doing nothing to cause any injury to your firm or any trademark rights you have, and would be glad to discuss those issues with you.

As I told you in my response to your first enquiry last week - which I responded to within 2 days - I have no objections to facilitating a transfer of the domain to you. I also stand prepared to provide you with responsible disclosure of my findings, but would require you first provide me either with your postal address or your public GPG/PGP key so that I am able to send this information to you confidentially.

-- W. Kenzie
wkenzie@securikai.com
GPG/PGP public key 0x831b2c89
Skype wkenzie
private iMessage wkenzie@me.com

Confidentiality Statement: This e-mail, including attachments, includes confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately. Thank you.

On 2012-06-14, at 5:33 PM, <joseph.gioconda@giocondalaw.com> <joseph.gioconda@giocondalaw.com> wrote:

> Mr. Kenzie:
>
> You are apparently listed as the Registrant of the Domain Name WWW.GIOCONDOLAW.COM, which is now the subject of a pending litigation in the United States District Court for the Eastern District of Virginia captioned: Gioconda Law Group PLLC v. GiocondoLaw.com et al., 1:12-cv-644 (GBL)(JFA).
>
> Attached please find a copy of the Complaint that has been filed in this case. This Complaint will shortly be amended to substitue your name for JOHN DOE, Registrant of the GiocondoLaw.com domain name, and we will serve it upon you accordingly, along with a summons to be issued by the Federal District Court.

From the commencement of litigation, Defendants are required to retain all relevant documents and things. Especially in regard to electronic evidence, we want to ensure that your current polices, operations, and/or practices do not result in relevant information being altered, deleted, or rendered inaccessible.

Please be advised that "documents" can include e-mails, letters, correspondence, memoranda, reports, tabulations, calculations, invoices, external and internal literature, notes, schedules, worksheets, plans, minutes, bulletins, brochures, catalogs, notices, press releases, transcripts, calendars, diaries, charts, forecasts, and drafts.

Please note that the above list is not exhaustive. The law requires you to preserve any type of information in any format, wherever it is stored, if that information is relevant to the above-captioned litigation.

We would also remind you that electronic information includes not only e-mail, but might also include word processing documents, spreadsheets, databases, calendars, networks, computer systems (including legacy systems), servers, archives, backup and disaster recovery systems, tapes, disks, drives, cartridges, other storage media, laptops, internet records, personal computers, and other information storage devices. Electronic data may also be stored on such devices as portable hard drives, memory cards, "thumb drives," personal digital assistants, mobile telephones, and smartphones. If your clients' employees use a home computer to perform work on behalf of the Defendants, please ensure the preservation of relevant information from those computers as well.

If relevant documents are destroyed, deleted, altered or made inaccessible, these actions will lead to the inescapable conclusion that such documents were adverse to your interests in the above-captioned litigation, and that such conduct was done with the willful intent to frustrate the fact-finding purpose of litigation.

Be assured that, in the event that such conduct takes place, the Plaintiff will bring this conduct to the attention of the Court and the jury at the appropriate time. Thank you.

**Joseph C. Gioconda**
Attorney, Counselor at Law and Founder

**Gioconda Law Group PLLC**
Brand Protection Litigation, Investigations and Strategy
1 Penn Plaza, 36th Floor
Fashion Avenue & West 34th Street

New York, NY 10119-0002
Tel: 212 786-7549

Bell Plaza, Suite 607
42-40 Bell Boulevard
Bayside, NY 11361
Tel: 718 423-3610

Fax: 888 697-9665
joseph.gioconda@giocondalaw.com
http://www.giocondalaw.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination or copying of this communication or any of its contents or attachments, is strictly prohibited. If you believe that you have received this communication in error, please reply to the sender and destroy all copies of this message. To contact us directly, send an e-mail to info@giocondalaw.com or call 1-212-786-7549. Thank you.

-------- Original Message --------
Subject: Fwd: Possible Legal Issue Regarding GIOCONDOLAW.COM::612868
From: "W. Kenzie" <wkenzie@securikai.com>
Date: Thu, June 14, 2012 5:01 pm
To: joseph.gioconda@giocondalaw.com
Cc: generalmanager@domainsbyproxy.com

Mr. Gioconda if you wish to contact the registrant of the giocondolaw.com domain name, you may do so at this address:

568 Keefer St.
Vancouver, BC Canada V6A 1Y3

If you are intending to assert a claim for transfer of the domain to you, then I have no objections to facilitating that transfer.

-- W. Kenzie
wkenzie@securikai.com
GPG/PGP public key 0x831b2c89
Skype wkenzie
private iMessage wkenzie@me.com

Confidentiality Statement: This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately. Thank you.

Begin forwarded message:

**From:** <generalmanager@domainsbyproxy.com>
**Subject: Possible Legal Issue Regarding GIOCONDOLAW.COM::612868**
**Date:** 12 June, 2012 8:47:32 AM PDT

Dear Customer,

We are forwarding this possible legal complaint for your domain name GIOCONDOLAW.COM to you as a courtesy. At this time, we have not released any of your contact information. Any questions, concerns, or proposed resolution regarding this issue will need to be directed to the complainant listed below.

Complainant Information:
Joseph Gioconda
Gioconda Law Group PLLC
joseph.gioconda@giocondalaw.com

Very truly yours,

L. Villeneuve
Office of the General Manager
Domains By Proxy, LLC

<snip>

<Complaint with Exhibits--stamped.pdf>

Copyright © 2003-2012. All rights reserved.