# Exhibit 5













5F





## qvVest.com Whois Record







