# Exhibit 6

# United States of America
### United States Patent and Trademark Office

# GIOCONDA LAW GROUP PLLC

Reg. No. 4,130,021  
Registered Apr. 17, 2012  
Int. Cl.: 45  

SERVICE MARK  
SUPPLEMENTAL REGISTER  

GIOCONDA LAW GROUP PLLC (NEW YORK LIMITED LIABILITY COMPANY)
36TH FLOOR
1 PENN PLAZA
NEW YORK, NY 10119

FOR: PROVIDING INFORMATION IN THE FIELD OF INTELLECTUAL PROPERTY , IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 12-21-2009; IN COMMERCE 12-21-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LAW GROUP PLLC", APART FROM THE MARK AS SHOWN.

SER. NO. 85-403,867, FILED P.R. 8-22-2011; AM. S.R. 2-8-2012.

ASMAT KHAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office